IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn D. Catz, et al., ) | No. CV 03-91-TUC-FRZ (JCG) |
| )  Plaintiffs, ) | **ORDER** |
| ) vs. ) | |
| ) David G. Chalker, et al., ) | |
| )  Defendants. ) | |
| _____ ) | |

    Pending before the Court is a Report and Recommendation issued by Magistrate Judge Jennifer C. Guerin. In her Report and Recommendation, Magistrate Judge Guerin recommends that the Court enter an Order awarding Defendants Karp and Everlove $53,697.45 in attorneys' fees. As the Court finds that the Report and Recommendation properly resolved the issues pertaining to attorneys' fees, Plaintiffs' objections are denied.[1]

    Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Guerin's Report and Recommendation (Doc. 280) is accepted and adopted.

(2) Defendants Karp and Everlove are awarded $53,697.45 in attorneys' fees.

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

1  (3) The Clerk of the Court shall enter judgment accordingly.

3      DATED this 28th day of September, 2010.

*Frank R. Zapata*
Frank R. Zapata
Senior United States District Judge